# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

161828

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CHRISTOPHER OTIS NIXON,
     Defendant-Appellant.

SC: 161828
COA: 348877
Wayne CC: 19-000781-FC

_____/

On order of the Court, the application for leave to appeal the July 2, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021

a0421



Clerk